IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LESLYN PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-1046-JTM |
| ) | |
| DAVID A. BRIAN, M.D. and ISSARA ) | |
| AYUTHIA, M.D. ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO REOPEN DISCOVERY

COMES NOW, Plaintiff Leslyn Price, by and through her counsel, Scott J. Mann and Michael J. Wyatt of Mann Law Offices, L.L.C., and pursuant to Local Rule 26.1 moves the Court for an Order re-opening discovery for the limited purpose of deposing defendant's experts. In support of this motion, Plaintiff states the following:

1. Discovery closed in the case on September 8, 2008.

2. Following withdrawal of former plaintiff's counsel Bryan Smith and the firm of Cavanaugh & Lemon, P.A. in mid and late 2008, Scott J. Mann of Mann Law Offices entered his appearance for plaintiff on March 2, 2009.

3. On November 17, 2009, the Court entered the Pretrial Order, and the trial in this case was subsequently set for March 8, 2010.

4. Due to former plaintiff's counsel's withdrawal and attendant personal matters affecting his ability to practice, defendant's experts, Terrance Tsue, M.D. and Gary McKee, M.D. were never deposed before the close of discovery.

5. Given the unfortunate circumstances surrounding former counsel's withdrawal,

plaintiff respectfully requests that the Court reopen discovery for the limited purpose of conducting discovery depositions of defendant's experts.

6. Opening discovery will not prejudice defendant, as both parties have already scheduled evidentiary depositions by agreement for several other expert witnesses.

7. However, denying this motion will substantially prejudice plaintiff by requiring her counsel to cross-examine defendant's experts at trial without the benefit of having deposed them.

8. Plaintiff's counsel certifies that counsel have attempted in good faith to resolve this matter pursuant to Local Rule 37.2.

WHEREFORE, the Plaintiff respectfully moves this Court for leave to re-open discovery for the limited purpose of deposing defendant's experts.

Respectfully submitted,

/s/Michael J. Wyatt
Scott J. Mann, #12640
Michael J. Wyatt, #23260
MANN LAW OFFICES, L.L.C.
201 E. First
Hutchinson, KS 67504-1202
Telephone:   (620) 662-2400
Facsimile:    (620) 662-2443
E-Mail:  sjm@mannlaw.kscoxmail.com
*Attorney for Plaintiff Leslyn Price*

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that on this 28th day of January 2010, a true and correct copy of the above and foregoing Motion For Leave to Reopen Discovery was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Don D. Gribble, II
Brad J. LaForge
Hite, Fanning & Honeyman L.L.P.
Bank of America Center
100 N. Broadway, Suite 950
Wichita, KS 67202-2209
gribble@hitefanning.com
laforge@hitefanning.com
*Attorney for Defendant Brian*

          /s/Michael J. Wyatt
          Michael J. Wyatt